

*With the Name of Allah, Most Merciful, Most Kind*

| Name: | Regina M. Hunter El |
|---|---|
| Address | 1200 Broad St. #16 |
| | Sumter, S.C. 29150 |
| Tel. | (803) 883-0600 |
| E-mail Address: | reginamhunter@gmail.com |
| In Propria Persona, Sui Juris | |

FILED

OCT 26 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Regina M. Hunter El | ( | Case Number: CV-18-6585 |
| Plaintiff/Appellant | ( | COMPLAINT |
| v. | ( | |
| | ( | JURY DEMAND |
| THE COMMITTEE OF BAR EXAMINERS OF THE STATE BAR OF CALIFORNIA | ( | |
| AND | ( | |
| BETSY DEVOS, SECRETARY OF THE U.S. DEPARTMENT OF EDUCATION, OFFICE OF FEDERAL STUDENT AID | ( | Judge:_____ |
| Defendants/Appellees | ( | |

**COMPLAINT**
**(Abridged)**

This cause of action is brought under the Equal Education Opportunity Act of 1974 (as amended), the Higher Education Act of 1965 (20 U.S.C. 1070 et. seq., as amended) and the American with Disabilities Act of 1990. The Plaintiff/Appellant, a law student at an unaccredited, distance-learning law school, contends that her equal access to partake in the First Year Law Student's Exam (FYLSE), administered by the Office of Admissions for The Committee of Bar Examiners of State Bar of California, within three consecutive administrations of her first becoming eligible to take the examination was obstructed in violation of the Equal

1

Protection Clause in the Fifth and Fourteenth Amendment. Hunter El argues that this hindrance was caused by the State Bar of California's failure to regulate and coordinate Abraham Lincoln University's academic calendar with the testing dates for the FYLSX. This complaint will also argue that it was impossible for Hunter El to register and earn a passing score prior to the expiration of her six-month loan period and impracticable for her to register for the October 2017 FYLSX because she never received written notice of her eligibility certification from her law school or the California State Bar. Furthermore, the Plaintiff/Appellant was denied a request for testing accommodations despite the broad coverage under Title II of the American with Disabilities Act (ADA) of 1990 (42 U.S.C. 12131-12134) as amended by the ADA Amendments Act of 2008 (Pub. L. 110-325, 122 Stat. 3553, 2008) with prohibits discrimination on the basis of disability by public entities.

The relief sought in Hunter El's Writ of Mandamus was denied by the Supreme Court of California, en banc, on September 26, 2018. Thus, the Plaintiff/Appellant is seeking the same relief in the federal court; mainly a recalculation of her three consecutive administrations of the FYLSX to include the upcoming June 2019 date and an order barring academic dismissal by Abraham Lincoln University Law School. Hunter El is also seeking adjustment of her federal student loans issued from 2016 to present.

Under penalties of perjury, I declare that the facts present in this complaint are to the best of my knowledge and belief, true, correct and completed.

Executed this 26th day of October 2018, 17 Safar 1440 A.H.

Respectfully,

I Am: *Regina M. Hunter* El
Regina M. Hunter El
Natural Person, In Full Life, In Propria Persona, Sui Juris
All Rights Reserved

2

Name **Regina M. Hunter El**
Address **1200 Broad Street, #16**
City, State, Zip **Sumter, S.C. 29150**
Phone **(803) 883-0600**
Fax **n/a**
E-Mail **reginamhunter@gmail.com**

☐ FPD ☐ Appointed ☐ CJA ☒ Pro Per ☐ Retained

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Regina M. Hunter El | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | S251294 |
| v. | |
| STATE BAR OF CALIFORNIA COMMITTEE OF BAR EXAMINERS | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____**Regina M. Hunter El**_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Mandate/Prohibition petition denied

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on **September 17, 2018**. Entered on the docket in this action on **September 26, 2018**.

A copy of said judgment or order is attached hereto.

*[signature: Regina M. Hunter El]*

October 25, 2018
Date

Regina M. Hunter El, All Rights Reserved
Signature
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                          NOTICE OF APPEAL

SUPREME COURT
FILED
SEP 26 2018
Jorge Navarrete Clerk
_____
Deputy

S251294

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

REGINA MICHELLE HUNTER EL, Petitioner,

v.

STATE BAR OF CALIFORNIA, Respondent;

COMMITTEE OF BAR EXAMINERS, Real Party in Interest.

---

The petition for writ of mandate and application for stay are denied.

CANTIL-SAKAUYE
_____
*Chief Justice*

*With the Name of Allah, Most Merciful, Most Kind*

Name: Regina M. Hunter El
Address 1200 Broad St. #16
Sumter, S.C. 29150
Tel. (803) 883-0600
E-mail Address: reginamhunter@gmail.com
In Propria Persona, Sui Juris

UNITED STATES DISTRICT COURT
NORTHERN DISTRIC OF CALIFORNIA

Regina M. Hunter El           (  Case Number:_____
                              (
        Plaintiff/Appellant   (  **MOTION FOR EXTENSION OF TIME**
    v.                        (
                              (
                              (  Judge:_____
STATE BAR OF CALIFORNIA,      (
COMMITTTEE OF BAR EXAMINERS   (
        Defendant/Appellee    (

As the Plaintiff/Appellant, I request that the District Court grant a 30-day extension to perfect the Notice of Appeal/Complaint and other related filings, as necessary, because, I was impacted by both Hurricane Florence and Hurricane Michael. Both events were declared major national disasters by FEMA—South Carolina Hurricane Florence (DR-4394) was declared on September 16, 2018 for the period of September 8, 2018—October 8, 2018 and Hurricane Michael, which weakened to a Tropical Storm as it passed the midlands of South Carolina. With regard to Hurricane Florence, I suffered a crack in my ceiling drywall from strong winds which required an immediate, temporary repair with insulation board. In addition, my means of communication was curtailed by early closures by local government agencies and businesses September 12-14, 2018. Although I was not under an evacuation order, I had to prepare to shelter in place with the necessary supplies (i.e. water, batteries, medications, fuel, etc.) The frenzy of pre-storm activity meant many store shelves were left bare or scare. With regard to

1

Hurricane Michael, I experienced intermittent power outages that knocked out Internet and telephone services. I also had water leakage from my roof from previous damages incurred. These events adversely impacted my intent to file timely.

Finally, On September 25, 2018, prior to the denial of my Writ of Mandate, I mailed a Notice of Errata to the Supreme Court of California which was delivered on September 28, 2018 after the order was issued. At present, no disposition regarding this secondary filing is reflected in the court docket for Case Number S251294.

Under penalties of perjury, I declare that the facts present in this Motion are to the best of my knowledge and belief, true, correct and completed.

Executed this 25th day of October 2018.

Respectfully,

*[signature: Regina M Hunter El]*

Regina M. Hunter El
A Natural Person, In Full Life
In Propria Persona, Sui Juris
All Rights Reserved

2